Aaron Sales & Lease
1015 Cobb Place Blvd NW
Kennesaw, GA  30144-3672


ACS/Dept of Ed
501 Bleecker St
Utica, NY  13501-2401


Action Financial Services, LLC
PO Box 3250
Central Point, OR  97502-0009


American Family Insurance
PO Box 9462
Minneapolis, MN  55440-9462


Armand Law Group, PLLC
8668 Spring Mountain Rd Ste 110
Las Vegas, NV  89117-4132


Attorney Generals Office
PO Box 413064
Salt Lake City, UT  84141-3064


Avon Products
2940 E Foothill Blvd
Pasadena, CA  91121-0001

Bonneville Billing
POB 150621
Ogden, UT  84415


Bonneville Billing & Collection
6026 Fashion Point Dr
Ogden, UT  84403-4851


Bonneville Collection Services
PO Box 150621
Ogden, UT  84415-0621


Business Revenue Systems, Inc.
PO Box 579
Burlington, IA  52601-0579


Carnegie Ins Company
101 5th St E Ste 2400
Saint Paul, MN  55101-1800


Central Portfolio Control
6640 Shady Oak Rd # 300
Eden Prairie, MN  55344-7710


Certegy Check Services, Inc
PO Box 30046
Tampa, FL  33630-3046

Check City
PO Box 970183
Orem, UT  84097-0183


Check N Go
4540 Cooper Rd Ste 305
Cincinnati, OH  45242-5649


Coast Professional, Inc
Dept 376
PO Box 4115
Concord, CA  94524-4115


Comcast
PO Box 34227
Seattle, WA  98124-1227


Comcast Cable Payment Processing
PO Box 55126
Boston, MA  02205-5126


Credit Collection Services
2 Wells Ave
Newton, MA  02459-3225


Dept Of Ed/SLM
11100 USA Pkwy
Fishers, IN  46037-9203

Deseret First Credit Union
PO Box 45046
Salt Lake City, UT  84145-0046


Dr. Nicholas S. Cantwell, DDS
8370 W 3500 S
Magna, UT  84044-1870


ECMC
1 Imation Pl
Oakdale, MN  55128-3422


EM Phys Integrated Care (EPIC)
PO Box 96398
Oklahoma City, OK  73143-6398


England Counseling Services
3564 S 7200 W
Magna, UT  84044-3507


Exodus Healthcare Network
PO Box 14000
Belfast, ME  04915-4033


Exodus Healthcare Network
3665 S 8400 W Ste 110
Magna, UT  84044-4907

Express Recovery Services
PO Box 26415
Salt Lake City, UT  84126-0415


FMS Investment Services
PO Box 1423
Elk Grove Village, IL  60009-1423


GC Services
6330 Gulfton C/O OVC Inc
Houston, TX  77081


Gold Cross Ambulance Service
PO Box 27768
Salt Lake City, UT  84127-0768


Granger Medical Clinic
Po Box 70658
Salt Lake City, UT  84170-0658


Grant & Weber, Inc
861 Coronado Center Dr Ste 211
Henderson, NV  89052-3992


I Smile at Alta View Dental
9844 S 1300 E
Sandy, UT  84094-4673

Intermountain Health Care
PO Box 410400
Salt Lake City, UT  84141


Intermountain Medical Group
PO Box 27128
Salt Lake City, UT  84127-0128


Internal Revenue Service
PO Box 7346
Centralized Insolvency Operation
Philadelphia, PA  19101-7346


Interstate Collections
PO Box 65718
Salt Lake City, UT  84165-0718


Jensen & Sullivan, LLC
PO Box 150612
Ogden, UT  84415-0612


Johnson Mark LLC
PO Box 7811
Sandy, UT  84091-7811


Jordan Valley Medical Center
PO Box 27023
Salt Lake City, UT  84127-0023

Kim Chen Anesthesia Services
PO Box 3930
Salt Lake City, UT  84110-3930


LabCorp
PO Box 2240
Burlington, NC  27216-2240


Law Offices of Quinn M. Kofford, P.C
PO Box 1425
American Fork, UT  84003-6425


LCA Collections
PO Box 2240
Burlington, NC  27216-2240


Magna Water District
PO Box 303
Magna, UT  84044-0303


MediaOne
PO Box 704005
Salt Lake City, UT  84170-4005


Medical Revenue Service
PO Box 1940
Melbourne, FL  32902-1940

Money Train Title Loans
27 W 3300 S
Salt Lake City, UT  84115-3711


Mountain Land Collections
PO Box 1280
American Fork, UT  84003


Mountain Medical
5444 S Green St
Murray, UT  84123-5632


Mountainland Collections
PO Box 1280
American Fork, UT  84003-6280


National DME
PO Box 820
Midvale, UT  84047-0820


Pediatric Radiology
PO Box 511
Salt Lake City, UT  84110-0511


Pioneer Credit Recovery, Inc.
26 Edward St
Arcade, NY  14009-1012

Pioneer Valley Hospital
PO Box 277284
Atlanta, GA  30384-7284


Premiere Credit of North America, LLC
PO Box 19309
Indianapolis, IN  46219-0309


Questar Gas Company
PO Box 45841
Salt Lake City, UT  84139-0001


Quinn M. Kofford
PO Box 1425
American Fork, UT  84003-6425


Rocky Mountain Power
PO Box 25308
Salt Lake City, UT  84125-0308


Sallie Mae
PO Box 9500
Wilkes Barre, PA  18773-9500


Salt Lake City Recorders Office
2001 S State St # N1-600
Salt Lake City, UT  84190-0001

Salt Lake County DA
PO Box 150621
Ogden, UT  84415-0621


Salt Lake County Library System
8030 S 1825 W
West Jordan, UT  84088-5625


Sears/CBNA
PO Box 6282
Sioux Falls, SD  57117-6282


SLV Law Enforcement Service Area
PO Box 30018
Salt Lake City, UT  84130-0018


Syncb/Wal-mart
PO Box 965024
Orlando, FL  32896-5024


Tate  & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA  19154-1207


Third Judicial Dist. Salt Lake City
PO Box 1860
Salt Lake City, UT  84110-1860

Unified Fire Authority
PO Box 27768
Salt Lake City, UT  84127-0768


University Of Utah Healt Care Collection
PO Box 413064
Salt Lake City, UT  84141-3064


University Of Utah Health Care
PO Box 30465
Salt Lake City, UT  84130-0465


US Bank
3580 S Constitution Blvd
West Valley City, UT  84119-3718


US Dept Of Ed/GSL/ATL
PO Box 4222
Iowa City, IA  52244-4222


US Dept Of Educatio
2505 S Finley Rd
Lombard, IL  60148-4867


Utah Regional Hospitalists
PO Box 3299
Carson City, NV  89702-3299

Utah State Tax Commission
210 North 1950 West Attn Bankruptcy Unit
Salt Lake City, UT  84134


Utah Surgical Center
PO Box 741376
Atlanta, GA  30374-1376


Wasatch Front Waste and Recycling
PO Box 30105
Salt Lake City, UT  84130-0105


Wells Fargo Bank
PO Box 10438
Des Moines, IA  50306-0438


Wells Fargo Dealer Service
PO Box 1697
Winterville, NC  28590-1697


Wells Fargo Teen Checking
PO Box 6995
Portland, OR  97228-6995


West Valley City Court of Utah
3590 S Constitution Blvd
West Valley City, UT  84119-3718

West Valley City Fire Dept
PO Box 27768
Salt Lake City, UT  84127-0768


West Valley City Hall
3600 S Constitution Blvd
West Valley City, UT  84119-3720


Western Anesthesia Associates, LLC
PO Box 3810
Salt Lake City, UT  84110-3810


Winder Farms/Dolphin Winder LLC
4400 W 4100 S
West Valley City, UT  84120-5077


WLLMSBR SVBK c/o AFSA Data Corp
501 Bleecker St # C
Utica, NY  13501-2401

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of Utah, Salt Lake City Division**

IN RE:                                                                                    Case No. _____

**Douglas, Jennifer Veiga Irene** _____     Chapter **13** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                                   the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                          the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Douglas, Jennifer Veiga Irene** _____     **X** */s/ Jennifer Veiga Irene Douglas*          3/29/2016
Printed Name(s) of Debtor(s)                                   Signature of Debtor                                      Date

Case No. (if known) _____     **X** _____
                                                                  Signature of Joint Debtor (if any)                  Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH, SALT LAKE CITY DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Identify Yourself**

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1.   Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jennifer Veiga**<br>First name<br><br>**Irene**<br>Middle name<br><br>**Douglas**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.   All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3.   Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8182 | |

Debtor 1   **Douglas, Jennifer Veiga Irene**                                          Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | EINs | EINs |

| | | |
|---|---|---|
| **5.** **Where you live** | **3612 S Evening Light Cv**<br>**Magna, UT 84044-2792**<br>Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code |
| | **Salt Lake**<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6.** **Why you are choosing** *this district* **to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Douglas, Jennifer Veiga Irene**    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Douglas, Jennifer Veiga Irene**                    Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

---

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Douglas, Jennifer Veiga Irene**                                    Case number *(if known)*

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Douglas, Jennifer Veiga Irene**    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jennifer Veiga Irene Douglas**
_____    _____
**Jennifer Veiga Irene Douglas**    Signature of Debtor 2
Signature of Debtor 1

Executed on    **March 29, 2016**    Executed on    _____
MM / DD / YYYY    MM / DD / YYYY

Debtor 1  **Douglas, Jennifer Veiga Irene**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Aaron Nilsen**                                    Date    **March 29, 2016**

Signature of Attorney for Debtor                              MM / DD / YYYY

**Aaron Nilsen**

Printed name

**Utah Bankruptcy Clinic, LC**

Firm name

**1140 36th St Ste 145**
**Ogden, UT 84403-2095**

Number, Street, City, State & ZIP Code

Contact phone  **(801) 678-6069**            Email address  **aaron@utahbk.com**

**7950**

Bar number & State

---

Certificate Number: 17082-UT-CC-027189086



17082-UT-CC-027189086

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 28, 2016</u>, at <u>3:57</u> o'clock <u>PM MST</u>, <u>JENNIFER V DOUGLAS</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Utah</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 28, 2016</u>          By:   <u>/s/Anna Maria Moreno</u>

                              Name:   <u>Anna Maria Moreno</u>

                              Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).



**WELLS FARGO**

eServices

Sign Out

Wells Fargo Dealer Services

| My Account | Payments | Account Management | eStatements | Help |

Account Summary | Next Payment Details | Correspondence

## Account Summary 🔒

Welcome to eServices. Last sign-in: 03/24/2016

### Account Activity: 8921290444 - 2012 JEEP LIBERTY-V6

| Description | Amount | Notes |
|---|---|---|
| Next Payment Due | $1,748.92 | Due: 1/23/2016   Find out the payment details |
| Last Payment Received | $400.00 | Posted on: 2/23/2016 |
| Outstanding Principal Balance | $18,392.21 | What is Principal Balance? |

### Account Profile

| Loan Origination Date | 12/9/2013 |
|---|---|
| Original Loan Amount | $24,737.28 |
| Interest Rate | 5.490 % |
| Loan Term | 75 Months |
| Maturity Date | 4/23/2020 |
| Months Remaining | 52 Months |

Make a Payment    Get a Payoff Quote

? Help   🖶 Print This Page

Contact Us

**1-800-289-8004**
Monday – Friday

5 am – 7 pm PT
7 am – 9 pm CT
8 am – 10 pm ET

We accept
telecommunications relay
service calls.

Customer Service

Help and FAQs

Make A Payment
Pending Payments
Payoff Requests
Automatic Loan Payment

My Profile

How to Read Your
Statement (PDF)

eStatements
Email Notifications

Correspondence

Financial Education

Home | About Us | Privacy, Security & Legal | Report Email Fraud | Site Map | Careers | Wells Fargo Home
Wells Fargo Dealer Services is a division of Wells Fargo Bank, N.A. Member FDIC and Equal Credit Opportunity Lender.
© 2016 Wells Fargo Bank, N.A. All rights reserved.

**ROCKY MOUNTAIN POWER**

06332 01 AV 0.391    18-1

JENNIFER DOUGLAS
3612 S EVENING LIGHT CV
MAGNA UT 84044-2792

FIRST-CLASS
MAIL
PRESORTED
U.S. POSTAGE
**PAID**
PACIFICORP
97208

*Questions: Call*
**1-888-221-7070**
*24 hours a day,
7 days a week*
*rockymountainpower.net*

| | |
|---|---|
| BILLING DATE: | **Feb 26, 2016** |
| ACCOUNT NUMBER: | **82058457-002 3** |
| DATE DUE: | **Mar 10, 2016** |
| AMOUNT DUE: | **$585.98** |

ıldıʼlıʼlıʼlıʼlııʼıʼlıʼllıʼlıʼlıʼlıʼlllıııʼlıʼlıʼlıʼlı

## ACCOUNT PAST DUE

Our records indicate that your account is past due. If the past due amount has been paid, please remember that this bill also contains New Charges.

### Your Balance With Us

| | |
|---|---|
| Previous Account Balance | 450.63 |
| Payments/Credits | 0.00 |
| **Past Due Amount** | **450.63** |
| New Charges | +135.35 |
| **Current Account Balance** | **$ 585.98** |

### — *You Must Act Now to Avoid Shut-Off!* —

- Your Electric Service **Past Due Amount** of **$450.63** must be received by **Mar 10, 2016** to avoid shut-off.

*Other ways to avoid Shut-off are shown at the end of this billing statement*

Este es un aviso de desconexion. El folleto "ROCKY MOUNTAIN POWER Customer Information" esta disponible en espanol a su peticion.

*Remember:*    *Your New Charges of **$135.35** are still due by* ***Mar 21, 2016.***

### Payments Received

*No payments have been received since your last billing statement.*

**NOTE:** Your Payment Plan has been cancelled due to a deficient payment of **$193.69.**

### Detailed Account Activity

#### *ITEM 1 - ELECTRIC SERVICE*    3612 S Evening Light Cv Magna UT
Residential Service  Schedule 1

| METER NUMBER | SERVICE PERIOD From | To | ELAPSED DAYS | METER READINGS Previous | Current | METER MULTIPLIER | AMOUNT USED THIS MONTH |
|---|---|---|---|---|---|---|---|
| 51096816 | Jan 27, 2016 | Feb 25, 2016 | 29 | 3442 | 4556 | 1.0 | 1,114 kwh |

Next scheduled read date: 03-25. Date may vary due to scheduling or weather.

### Historical Data - *ITEM 1*

**Your Average Daily kwh Usage by Month**

2015  F M A M J J A S O N D J F  2016

| PERIOD ENDING | FEB 2016 | FEB 2015 |
|---|---|---|
| Avg. Daily Temp. | 34 | 44 |
| Total kwh | 1114 | 751 |
| Avg. kwh per Day | 38 | 26 |
| Cost per Day | $4.51 | $2.97 |

If you find yourself in a position in which you are not able to pay your electric bills, we encourage you to contact us at 1-888-221-7070. We have a variety of options to help.

To report an outage, downed line, or other power emergency, please call 1-877-508-5088.

*See reverse* 

*Late Payment Charge for Utah*
*A late payment charge of 1% may be charged on the delinquent balance per month.*

---

*Write account number on check & mail to: Rocky Mtn Power, PO Box 26000, Portland, OR 97256-0001*

RETAIN THIS PORTION FOR YOUR RECORDS.

RETURN THIS PORTION WITH YOUR PAYMENT.


**ROCKY MOUNTAIN POWER**
PO BOX 400
PORTLAND OR 97207

↑ **INSERT THIS
EDGE FIRST** ↑

## ACCOUNT PAST DUE

☐ **Change of Mailing Address or Phone?**
Check here & provide information on back.

| | |
|---|---|
| Account Number: | **82058457-002 3** |
| Date Due: | **Mar 10, 2016** |
| AMOUNT DUE: | **$585.98** |

*Please enter the amount enclosed.*

JENNIFER DOUGLAS
3612 S EVENING LIGHT CV
MAGNA UT 84044-2792

ROCKY MTN POWER
PO BOX 26000
PORTLAND OR 97256-0001

ıʼlıʼlıʼlllııʼlıʼlıʼlıʼlıʼllıʼlıʼlıʼlllıʼlllıʼlllıʼlıʼlıʼlııʼlıʼlıʼlıʼlıʼlı

H 82058457 002 324 000058598 000045063 000013535

**ROCKY MOUNTAIN POWER**

*Questions about your bill: Call toll free **1-888-221-7070*** *rockymountainpower.net*

BILLING DATE: **Feb 26, 2016**    ACCOUNT NUMBER: **82058457-002 3**    DATE DUE: **Mar 10, 2016**    AMOUNT DUE: **$585.98**

DEPOSIT, AND WILL BE REQUIRED TO PAY A RECONNECTION CHARGE **($30.00** during the hours of 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays, and **$100.00** at all other times) for each service location. The Company will make a reasonable attempt to reconnect power for an Applicant or Customer within 24 hours after the Company is notified that all required charges have been paid and any required inspections are finalized.

A CHARGE OF **$20.00** may be made if it is necessary to send Company personnel to your premises for collection purposes.

Customers connected less than one year may be required to make a security deposit if they receive a notice of disconnection for nonpayment. The amount of the deposit will be based on the estimated average 60 day billing period at the premise. A third party guarantee from a current customer who has not received a notice of disconnection during the last year will be accepted in lieu of a deposit.

A customer or former customer of the company, whose service was terminated for non-payment of a delinquent account or deposit when required, or who left a premise with a delinquent account, will be required to make payment of all amounts remaining unpaid from previous service in addition to a deposit. Delinquent amounts may include a Time Payment Plan provided no previous agreement has been broken.

**WINTER MORATORIUM:** During the winter months application may be made to prevent disconnection of utility service as long as the criteria by the Utah State Department of Community and Culture is met, your service will not be disconnected for non-payment. Applications are approved by the Utah State Department of Community and Culture.

## STATEMENT OF UTILITY CUSTOMER RIGHTS AND RESPONSIBILITIES

The Utah Public Service Commission has established rules about utility consumer/company relationships. These rules cover payment of bill, late charges, security deposits, handling complaints, service disconnection and other matters. These rules assure customers of certain rights and outline customer responsibilities.

### RIGHTS

ROCKY MOUNTAIN POWER WILL:

- Provide service if you are a qualified applicant.
- Offer you at least one 12 month Time Payment Plan if you have a financial emergency.
- Let you pay a security deposit in three installments if one is required.
- Follow specific procedures for service disconnection which include providing you notice postmarked at least 10 days before service is disconnected.
- Offer winter shut-off protection of energy utility service to qualifying ratepayers.
- Advise you of sources of possible financial assistance in paying your bill.
- Continue service for a reasonable time if you provide a physician's statement that a medical emergency exists in your home.
- Give you written information about Commission rules and your rights and responsibilities as a customer under these rules.

### RESPONSIBILITIES

YOU, THE CUSTOMER, WILL:

- Use services safely and pay for them promptly.
- Contact Rocky Mountain Power when you have a problem with payment, service, safety, billing or customer service.
- Notify Rocky Mountain Power about billing or other errors.
- Contact Rocky Mountain Power to develop a Payment Plan when you anticipate a payment problem.
- Notify Rocky Mountain Power when you are moving to another residence.
- Notify Rocky Mountain Power about stopping service in your name or about stopping service altogether.
- Permit access for meter readers and other essential Rocky Mountain Power personnel and equipment.

Please consider helping your neighbors in need of energy assistance by using the enclosed envelope to make a tax-deductible donation. Rocky Mountain Power will contribute $2 for every $1 donated, allowing your contribution to go even further.

Rocky Mountain Power makes it easy for customers and municipalities to report streetlight outages and manage streetlight accounts. You can report a streetlight outage at pacificpower.net/streetlights or call toll free at 1-888-221-7070.

When you provide a check as payment, you authorize us to use the information from your check either to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If you would like

**Jordan Valley Medical Center**
WEST VALLEY CAMPUS
In Partnership With Physician Owners



| | |
|---|---|
| **Date** | 3/21/2016 |
| **Account Number** | C1528300042 |
| **Total Balance** | $2,895.01 |

**JORDAN VALLEY - WEST**
PO BOX 27023
SALT LAKE CITY UT  84127-0023

JENNIFER DOUGLAS
3612 S EVENING LIGHT CV
MAGNA UT  84044-2792

01400

## STATEMENT

**Statement Date:** 3/21/2016          **Master Number:** 27159988          **Total Balance:** $2,895.01

| Invoice Number | Regarding | Amount Owed | Service Date |
|---|---|---|---|
| C1528300042 | RILEY DOUGLAS | $1,310.49 | 10/10/2015 |
| C1525300224 | RILEY DOUGLAS | $1,584.52 | 09/10/2015 |

Our attempts to resolve your account balance have remained unsuccessful. If the account balance is not resolved your account may be placed with an outside agency for collections.

Please contact us at 866-480-2595.

You may make your payment online by visiting our website or by contacting us by phone at  866-480-2595.

Our office hours are 8:00am to 6:00pm Central Standard Time, Monday through Thursday and 8:00am to 5:00pm on Friday.

**You may pay your bill...**
- Online at www.jordanvalleywest.com
  When making a payment online, please enter the capital letter before the account number - Ex. 'B1234567890'.
- By Phone at 866-480-2595
- By Mail at the remit address below

| Invoice Number | Regarding | Amount Owed | Service Date |
|---|---|---|---|
| C1528300042 | RILEY DOUGLAS | $1,310.49 | 10/10/2015 |
| C1525300224 | RILEY DOUGLAS | $1,584.52 | 09/10/2015 |

| ACCOUNT NUMBER | TOTAL DUE |
|---|---|
| C1528300042 | $2,895.01 |
| **REGARDING** | |
| RILEY DOUGLAS | |

**Please remit payment to:**

**JORDAN VALLEY - WEST**
PO BOX 27023
SALT LAKE CITY UT  84127-0023

ElsF2



**UTAH REGIONAL HOSPITALISTS**

## Account Activity:  RILEY DOUGLAS

**Account Number:**    26599689
**Date of Service**    10/10/2015

| Date | Description | Activity |
|------|-------------|----------|
| 10/10/15 | 1ST OBS CARE PR D MOD-ERATE SEVERITY | $335.00 |
| 11/09/15 | $201.00 TOWARDS DE-DUCTIBLE | $0.00 |
| 11/09/15 | Charge exceeds fee sched-ule/maximum allowable or c | $0.00 |
| 11/09/15 | PATIENT IS RESPONSIBLE FOR DEDUCTIBLE | $0.00 |
| 11/09/15 | PAYMENT BY MERITAIN HEALTH * | $0.00 |
| 11/09/15 | ADJUSTMENT BY MERITAIN HEALTH * | - $134.00 |
| 10/11/15 | OBSERVATION CARE DIS-CHARGE MANAGEMENT | $180.00 |
| 11/09/15 | $108.00 TOWARDS DE-DUCTIBLE | $0.00 |
| 11/09/15 | Charge exceeds fee sched-ule/maximum allowable or c | $0.00 |
| 11/09/15 | PATIENT IS RESPONSIBLE FOR DEDUCTIBLE | $0.00 |
| 11/09/15 | PAYMENT BY MERITAIN HEALTH * | $0.00 |
| 11/09/15 | ADJUSTMENT BY MERITAIN HEALTH * | - $72.00 |

**Total Account Balance**                **$ 309.00**
YOUR BALANCE IS NOW DUE

## Important Information

If you believe this statement is in error, or if you can provide us with additional insurance coverage and it is not too tale to file a claim, please call our Billing Department immediately.

LTRH Medical Billing Service - Billing Department
P: (844) 207-4039
F: (775) 222-0056

Utah Regional Hospitalists and LTRH Medical Billing Service are divisions of Aguirre Healthcare, LLC. For more information on our company or any of the hospitalist groups we bill for, please visit our website at www.AguirreHealthcare.com.

## CHANGE OF ADDRESS OR HEALTH INSURANCE INFORMATION

If you have new health insurance or a new address, please enter the information below.

RILEY DOUGLAS
26599689

| NEW ADDRESS | | CITY | STATE   ZIP CODE | NEW PHONE |
|-------------|--|------|------------------|-----------|
| POLICY HOLDER'S NAME/RELATIONSHIP TO PATIENT | | | POLICY ID # | GROUP # |
| EFFECTIVE DATE | BIRTH DATE OF INSURED | | HMO/PPO/OTHER | INSURANCE PHONE # |
| IF GROUP INSURANCE, NAME OF GROUP (EMPLOYER, UNION/ASSOCIATION) | | | | |
| INSURANCE COMPANY NAME | | | INSURANCE ADDRESS | |
| EMPLOYER | | | EMPLOYER ADDRESS | |



**Intermountain™ Healthcare**

Patient Financial Services
P.O. BOX 30193
Salt Lake City UT 84130-0193

IF YOU WOULD LIKE TO PAY YOUR BILL WITH A CREDIT CARD, PLEASE FILL OUT BELOW:

| | | | | | |
|---|---|---|---|---|---|
| MasterCard ☐ | DISCOVER ☐ | VISA ☐ | AMERICAN ☐ |

intermountainwebpay.org

| WEB PAY PIN | CARD NUMBER | AMOUNT |
|---|---|---|
| 759485 | SIGNATURE | EXP. DATE |

| PAY ON OR BEFORE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 04/08/2016 | * $102.72 | 107-547612221 |

Amount Enclosed    $

0202-004162

JENNIFER DOUGLAS
3612 S EVENING LIGHT CV
MAGNA UT 84044-2792



**Please remit payment to:**

Intermountain Healthcare
Patient Financial Services
P.O. Box 410400
Salt Lake City, UT 84141-0400

1308107005476122210000102723

## STATEMENT DATE: 03/20/2016

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

### Payment Options:
- Online at intermountainwebpay.org.
- Send payment with attached coupon.
- Pay over the phone-available 24 hours a day.
- For extended payment options, please contact us during our hours of operation, at one of the phone numbers listed below.

### Financial Assistance
Intermountain Healthcare is able to provide financial assistance to those who qualify, if you would like to apply, you may complete an application online at: intermountainhealthcare.org/billingfa, or by contacting us at the number listed below.

> *Any encounters that are not paid in full, are not set-up on a payment plan or have defaulted on a payment plan may be referred to collections and may affect your credit.*

### Payment Plan Information:
A payment plan does not currently exist. If you cannot pay the balance in full, please contact our office to make payment arrangements.

### Encounter(s) Not on a Payment Plan:
The following encounter(s) are not on a payment plan and may continue to age towards collections though you may be making payments.

| Encounter# | Provider | Patient Name | Service | Date of Service | Balance |
|---|---|---|---|---|---|
| 138-81278814 | Primary Childrens Medical Cent | RILEY C DOUGLAS | PATHOLOGY ONLY | 09/30/15 - 10/07/15 | $102.72 |

*Pay this amount includes all patient responsibility due at this time.

| Encounter(s) Not on a Payment Plan | | | Payment Plan Information | | * PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 0-30 DAYS | 31-60 DAYS | PRE-COLLECTIONS | PAY PLAN TOTAL | MONTHLY PAYMENT | |
| $0.00 | $0.00 | $102.72 ‡ | $0.00 | $0.00 | $102.72 |

**Intermountain Healthcare**
Patient Financial Services
4646 W Lake Park Blvd.
Salt Lake City UT 84120

**HOURS OF OPERATION:**
Phones: Mon. - Fri.    8:00am - 6:00pm
Office:   Mon. - Fri.    8:00am - 5:00pm

**Account # 107-547612221**

**FOR QUESTIONS CALL:**
LOCAL: 801-442-1007
TOLL FREE: 1-866-415-6556
Visit our billing website at:
intermountainhealthcare.org/billing

3-19074043377                  Cardon Health Care /913116 / Jennifer Douglas / PL9 / 149901094 / SM / WK07

7522181 22

CARDON HEALTHCARE NETWORK %CSC CORP
10 E SOUTH TEMPLE #850
SALT LAKE CITY, UT 84133

DISTRICT COURT OF THE STATE OF UTAH
THIRD      JUDICIAL DISTRICT
SALT LAKE    COUNTY
SALT LAKE    CITY

Court Address:  450 S STATE ST SALT LAKE CITY UT 84111

| | |
|---|---|
| BONNEVILLE BILLING & COLLECTIONS, INC. | Garnishee's answers to |
| A Utah Corporation | interrogatories for |
| Plaintiff | continuing garnishment. |
| | Subsequent pay periods. |

Vs.                                        Case Number:  149901094

JENNIFER DOUGLAS

                                           Judge:  JUDGE COLLECTION

    1. Write your answers in the spaces provided and attach additional sheets
if necessary.

    2. What is the pay period to which these answers relate:
ANSWER:
Start date: __02/01/2016____
End date: __02/15/2016____

    3. Is the Writ of Continuing Garnishment in effect on the last day of this
period? (The Writ is in effect for one year from the effective date or 120 days
after service of a second or subsequent writ of contintuing garnishment.  A
Writ of Continuing Garnishment in favor of the Office of Recovery Services or
the Department of Workforce Services is effective when served on you and
continues indefinitely until fully satisfied.)
    ANSWER: Yes **X**  No __

4.   Calculate, in the table, the amount to be withheld from the defendant.   Assume
you are calculating this on the last day of the pay period for which these answers
apply.
     ANSWER:

| | |
|---|---|
| a Gross earning from all sources payable to the defendant for personal services, including salary, wages, tips, commissions, bonuses, per diem reimbursement of expenses, etc. | **$1,213.99** |
| b Deductions required by law. | |
| b(i) Federal income tax | $ **0.00** |
| b(ii) State income tax | $ **20.36** |
| b(iii) Social security tax(FICA) | $ **70.59** |
| b(iv) Medicare tax (FICA) | $ **16.51** |
| 4b(v) Other amounts required by law to be deducted. (Please describe reason for deduction.) | $ **0.00** |
| 4c Total deductions.  Calculate and record the sum of Lines 4b(i) through 4b(iv). | $ **107.46** |
| 4d Disposable earnings.  Calculate and record Line 4a minus Line 4c. | $ **1,106.53** |
| 4e Calculate: | |
| 4e(i) 25% of the amount in Line 4d; or, if this is a judgment for child support, 50% of the amount in Line 4d. | $ **276.63** |
| 4e(ii) The difference between Line 4d and the federal minimum hourly wage ($7.25) times 30 times the number of weeks in this pay period.  For example:  Line 4d minus ($7.25 X 30 X 2 weeks)  OR  Line 4d minus ($7.25 X 30 X 4.28 weeks) | $ **635.28** |
| 4f Of Line 4e(i) and Line 4e(ii), record the lesser amount. | $ **276.63** |
| 4g Amount of any income withholding order. | $ **158.48** |
| 4h Calculate and record Line 4f minus Line 4g | $ **118.15** |
| 4i  Amount deducted for an undisputed debt owed to you by the(check one or both)  plaintiff   defendant. | $ **0.00** |
| 4j  Total amount to be withheld.(Calculate and record Line 4h minus Line 4i. | $ **100.40 CK DT 02/22/201** |

                                                    **Goal Balance Met**
Note:  Do not withhold more than the balance the defendant owes on the judgment.
You may contact the plaintiff or plaintiff's attorney to obtain the outstanding
balance.

5.   I served a copy of these Answers to Interrogatories on the **plaintiff**
(or plaintiff's attorney) by:
     first class mail  x_
     by hand delivery  __
     to(address)  PO Box 150612_____  Ogden  UT  84415_____            **MAR 04 2016**
     on(date)_____

6.   I served a copy of the Writ of Garnishment, these Answers to Interrogatories, Notice
of Garnishment and Exemptions form, and two copies of the Reply and Request for
Hearing form on the **defendant** by:
     first class mail ___
     by hand delivery ___
     to(address)_____
     on(date)_____  .

3-19074043377              Cardon Health Care /913116 / Jennifer Douglas / PL9 / 149901094 / SM / WK07

7.   I served a copy of the Writ of Garnishment, these Answers to Interrogatories, Notice
of Garnishment and Exemptions form, and two copies of the Reply and Request for
Hearing form upon **following persons other than the defendant shown by my
records to have an interest in the property** by:

    first class mail ___X___
    by hand delivery ___
    to (name)    Jennifer Douglas
    to (address)    3612 Evening Light Cove    Magna  UT    84044
    on (date)

                                                 MAR 04 016

I declare under penalty of Section 46-5-101 that this document is true and correct.

Date: ___03/03/16___    Sign here _____    ←

                Typed or printed name _Laura Cain_____

I am certifying that on the dates above, I provided the copies to my fulfillment center to be mailed with my permission

**Cardon Health Care**
**Payroll Service Center**
**P.O. Box 17049**
**Augusta, GA 30903**

SR#    3-19074043377

**Jennifer Douglas**
**3612 Evening Light Cove**
**Magna,UT 84044**

Cardon Health Care

SR#    3-19074043377



**UNIFIED FIRE AUTHORITY**

Billing Office
1717 South Redwood Road
P.O. Box 27768
Salt Lake City, Utah 84127-0768



Acct # UF 1910140 01
Trip # 15020493 01
Date of Service: 09/18/2015
Balance for This Trip: $ 1,559.08

ıılıılıı<sup>ıl</sup>ıllıılıılıʺlıʺlıılımııllllʹlılʺıʺ<sup>ıı</sup>ʺlllʺ

RILEY DOUGLAS                                    1-00000138
C/O JENNIFER DOUGLAS
3612 S EVENING LIGHT CV
MAGNA UT 84044-2792

To pay online visit website:
**www.unifiedfire.org**

Date 03/14/2016

Dear Patient or Responsible Party:

Your insurance has denied your claim.  Please check with your insurance for additional information concerning their denial of payment.  We are unable to dispute a claim for you with your insurance company.

If you are unable to pay the full balance on your bill within the next 15 days, please contact us at (801) 975-4385 we will be happy to discuss your balance and payment arrangements.

Regular monthly payments must be maintained to avoid collection action or a negative report to the credit bureau.

Thank you,

Unified Fire Authority
(801) 975-4385

To insure proper credit, detach and return lower portion in the enclosed envelope.

RILEY DOUGLAS
C/O JENNIFER DOUGLAS
3612 S EVENING LIGHT CV
MAGNA UT  84044

IF PAYING BY CREDIT CARD. FILL OUT BELOW

| VISA ☐ | MasterCard ☐ | AMERICAN EXPRESS ☐ |
|---|---|---|

CARD NUMBER

SIGNATURE                                    EXP.DATE

| ACCTNO.  UF 1910140-01 | TRIP NO: 15020493-01 |
|---|---|
| STATEMENT DATE 03/14/2016 | PAY THIS AMOUNT $ 1,559.08 |
| **PAYMENT DUE ON RECEIPT** | SHOW AMOUNT PAID HERE ..... $ |

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

ıllıılıʹılıılʺllıʺllıılıʹlıʹllʺıʹlʺlılıʹlıʹllʺıʹllı
Unified Fire Authority
PO Box 27768
Salt Lake City UT 84127-0768



For Questions Regarding your Account Please Call (801) 975-4385.
Hours are Mon - Fri 9 AM to 5 PM.
1717 SOUTH REDWOOD ROAD • SALT LAKE CITY, UTAH 84104-5110
(801) 975-4385 • FAX (801) 975-4323 • TOLL FREE (888) 771-3606

 **WEST VALLEY CITY**
Unity • Pride • Progress

**Office of the City Attorney**

# SECOND NOTICE OF DEFAULT

Jennifer Douglas
3612 S Evening Light Cv
Magna, UT  84044

March 15, 2016

You are in default on a debt you owe to West Valley City for **Ambulance / EMT Services** which incurred on 02/04/2015 in the amount of **$831.98**.

A first notice was sent to you thirty (30) days ago asking that you contact the City to make arrangements to pay this debt.  As of today's date, we have not heard from you.  Failure to make arrangements to pay this debt within ten (10) days after receipt of this notice will result in the City pursuing the collection of this debt through any and all means provided  by the law, which may include judgment or garnishment of wages and state tax returns.

**Please pay online at**  www.wvc-ut.gov/billing

You may also pay by mail or in person at the Information Window Monday – Thursday between 7:00 a.m. and 6:00 p.m. Please mail this statement along with your check or money order payable to West Valley City to ensure proper credit to your account.

**West Valley City Debt Collections Contact Information:**

Mailing Address:      WVC Attorney's Office
3600 South Constitution Blvd.
West Valley City, UT 84119

Phone:                (801) 965-7306

Ambulance / EMT Services

Account ID#: **9012164**

ENGLAND COUNSELING SERVICES
3564 S 7200 W

MAGNA UT 84044-3507

ANY QUESTIONS PLEASE CALL: (801)562-4484

PATIENT: RILEY C DOUGLAS

SEND TO:

| IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW. | | | |
|---|---|---|---|
| ☐ VISA | ☐ MASTERCARD | ☐ DISCOVER | ☐ AMER EXP |
| CARD NUMBER | | SIGNATURE CODE | |
| SIGNATURE | | EXP DATE | |
| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # | |
| 03/15/16 | 240.00 | HF85993129 | |
| | SHOW AMOUNT $ PAID HERE | | |

RILEY C DOUGLAS
3612 EVENING LIGHT COVE

MAGNA UT 84044

ENGLAND COUNSELING SERVICES
3564 S 7200 W

MAGNA UT 84044-3507

☐ PLEASE CHECK THE BOX IF YOUR ADDRESS IS
INCORRECT OR INSURANCE INFO HAS CHANGED

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| PATIENT NAME | | RILEY C DOUGLAS | PATIENT ACCT NUMBER | | HF85993129 | | BALANCE DUE | | 240.00 |
|---|---|---|---|---|---|---|---|---|---|
| DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | ADJUSTMENT | INS PYMT | PAT RESP | PAT PYMT | BALANCE |
| **03/30/15** | | **MICHAEL BOMAN** | **160.00** | **100.00** | **30.00** | **30.00** | **30.00** | **0.00** |
| | | UT PARTNERS FOR HEALTH | | | | | | |
| 03/30/15 | 90791 | PSYCH DIAGNOSTIC EVALUATION | 160.00 | 100.00 | 30.00 | | | |
| | | CO-INS | | | | 30.00 | | |
| 03/30/15 | | PATIENT PAYMENT | | | | | 30.00 | |
| **04/08/15** | | **MICHAEL BOMAN** | **120.00** | **60.00** | **30.00** | **30.00** | **30.00** | **0.00** |
| | | UT PARTNERS FOR HEALTH | | | | | | |
| 04/08/15 | 90847 | FAMILY PSYTX W/PATIENT | 120.00 | 60.00 | 30.00 | | | |
| | | CO-INS | | | | 30.00 | | |
| 04/16/15 | | PATIENT PAYMENT | | | | | 30.00 | |
| **04/16/15** | | **MICHAEL BOMAN** | **120.00** | **60.00** | **30.00** | **30.00** | **30.00** | **0.00** |
| | | UT PARTNERS FOR HEALTH | | | | | | |
| 04/16/15 | 90847 | FAMILY PSYTX W/PATIENT | 120.00 | 60.00 | 30.00 | | | |
| | | CO-INS | | | | 30.00 | | |
| 04/16/15 | | PATIENT PAYMENT | | | | | 30.00 | |
| **04/22/15** | | **MICHAEL BOMAN** | **120.00** | **60.00** | **30.00** | **30.00** | **30.00** | **0.00** |
| | | UT PARTNERS FOR HEALTH | | | | | | |
| 04/22/15 | 90834 | PSYTX PT AND/OR FAMILY 45 MI | 120.00 | 60.00 | 30.00 | | | |
| | | CO-INS | | | | 30.00 | | |

| PATIENT NAME | | RILEY DOUGLAS | PATIENT ACCT NUMBER | | HF85993129 | | BALANCE DUE | 240.00 |
|---|---|---|---|---|---|---|---|---|
| DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | ADJUSTMENT | INS PYMT | PAT RESP | PAT PYMT | BALANCE |
| 04/22/15 | | PATIENT PAYMENT | | | | | 30.00 | |
| **04/27/15** | | **MICHAEL BOMAN** | **120.00** | **60.00** | **30.00** | **30.00** | **30.00** | **0.00** |
| | | UT PARTNERS FOR HEALTH | | | | | | |
| 04/27/15 | 90834 | PSYTX PT AND/OR FAMILY 45 MI | 120.00 | 60.00 | 30.00 | | | |
| | | CO-PAY | | | | 30.00 | | |
| 04/27/15 | | PATIENT PAYMENT | | | | | 30.00 | |
| **09/28/15** | | **ANDREA EGBERT** | **120.00** | **0.00** | **0.00** | **120.00** | **0.00** | **120.00** |
| | | MERITAIN HEALTH MINNEAPOLIS | | | 0.00 | | | |
| 09/28/15 | 90847 | FAMILY PSYTX W/PATIENT | 120.00 | 0.00 | 0.00 | | | |
| | | DEDUCTIBLE | | | | 120.00 | | |
| **10/05/15** | | **ANDREA EGBERT** | **120.00** | **0.00** | **0.00** | **120.00** | **0.00** | **120.00** |
| | | MERITAIN HEALTH MINNEAPOLIS | | | 0.00 | | | |
| 10/05/15 | 90847 | FAMILY PSYTX W/PATIENT | 120.00 | 0.00 | 0.00 | | | |
| | | DEDUCTIBLE | | | | 120.00 | | |

| | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| INSURANCE | | | | | | |
| PATIENT | | | | 240.00 | | 240.00 |

PLEASE NOTE: PROVIDER IS WILLING TO DISCOUNT BILL TO $200 ($100/SESSION) IF YOU ARE ABLE TO PAY THE BALANCE. PLEASE CALL THE BILLING OFFICE AT 801-562-4484 IF YOU HAVE QUESTIONS OR TO MAKE PAYMENT. THANK YOU.

| PLEASE PAY $ | 240.00 |
|---|---|
| THIS AMOUNT | |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000360600 | 1 |

## Earnings   Statement



CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS, TX 77381

Period Beginning:    08/16/2015
Period Ending:    08/31/2015
Pay Date:    09/04/2015

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:    5
UT:    5

JENNIFER V. DOUGLAS
3612 EVENING LIGHT COVE
MAGNA UT 84044

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.5000 | 84.75 | 1,144.13 | 17,972.88 |
| Overtime | 20.2500 | .85 | 17.21 | 35.64 |
| Pto | 13.5000 | 3.00 | 40.50 | 1,188.00 |
| Bonus - Pts | | | | 250.00 |
| Holiday | | | | 216.00 |
| **Gross Pay** | | | **$1,201.84** | 19,662.52 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -63.31 | 1,079.41 |
| | Medicare Tax | -14.80 | 252.44 |
| | UT State Income Tax | -12.96 | 263.17 |
| | Federal Income Tax | | 139.62 |
| | **Other** | | |
| | Dental Pretax | -39.45* | 428.82 |
| | Garnishment | -147.72 | 740.33 |
| | Health Sav Prem | -126.00* | 1,638.00 |
| | Hsa Contributio | -10.00* | 130.00 |
| | Vision Pretax | -5.29* | 55.92 |
| | **Net Pay** | **$782.31** | |
| | Checking Acct | -782.31 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are
  $1,021.10

© 2000 ADP, LLC

CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS , TX 77381

Advice number:    00000360600
Pay date:    09/04/2015

THIS IS NOT A CHECK

Deposited to the account of
JENNIFER V. DOUGLAS

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxxxxxxxxx6964 | xxxx xxxx | $782.31 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000380596 | 1 |

## Earnings   Statement

**ADP**

CARDON  HEALTHCARE  NETWORK  LLC
4185 TECHNOLOGY  FOREST  BLVD  STE 200
THE  WOODLANDS,  TX 77381

| Period  Beginning: | 09/01/2015 |
|---|---|
| Period  Ending: | 09/15/2015 |
| Pay  Date: | 09/22/2015 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
    Federal:    5
    UT:      5

**JENNIFER V.  DOUGLAS**
**3612  EVENING LIGHT  COVE**
**MAGNA  UT  84044**

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 13.5000 | 56.77 | 766.40 | | 18,739.28 |
| Holiday | 13.5000 | 8.00 | 108.00 | | 324.00 |
| Pto | 13.5000 | 7.00 | 94.50 | | 1,282.50 |
| Overtime | | | | | 35.64 |
| Bonus - Pts | | | | | 250.00 |
| **Gross Pay** | | | **$968.90** | | 20,631.42 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social  Security  Tax | -48.86 | | 1,128.27 |
| | Medicare  Tax | -11.43 | | 263.87 |
| | Federal  Income  Tax | | | 139.62 |
| | UT  State  Income  Tax | | | 263.17 |
| | **Other** | | | |
| | Dental  Pretax | -39.45* | | 468.27 |
| | Garnishment | -117.39 | | 857.72 |
| | Health  Sav  Prem | -126.00* | | 1,764.00 |
| | Hsa  Contributio | -10.00* | | 140.00 |
| | Vision  Pretax | -5.29* | | 61.21 |
| | **Net Pay** | **$610.48** | | |
| | Checking  Acct | -610.48 | | |
| | **Net Check** | **$0.00** | | |

**\*  Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $788.16

© 2000  A DP, LLC

CARDON  HEALTHCARE  NETWORK  LLC
4185  TECHNOLOGY  FOREST  BLVD  STE 200
THE  WOODLANDS , TX 77381

| Advice  number: | **00000380596** |
|---|---|
| Pay  date: | 09/22/2015 |



Deposited  to the account  of
**JENNIFER  V. DOUGLAS**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxxxxxxx6964 | xxxx  xxxx | $610.48 |

## NON-NEGOTIABLE

| CO.<br>PL9 | FILE<br>913116 | DEPT.<br>102020 | CLOCK | VCHR. NO.<br>0000400610 | 030<br>1 |
|---|---|---|---|---|---|

# Earnings   Statement



CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS, TX 77381

Period Beginning:       09/16/2015
Period Ending:          09/30/2015
Pay Date:               10/07/2015

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:        5
   UT:             5

JENNIFER V. DOUGLAS
3612 EVENING LIGHT COVE
MAGNA UT 84044

| Earnings | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 13.5000 | 73.08 | 986.58 | | 19,725.86 |
| Overtime | | | | | 35.64 |
| Bonus - Pts | | | | | 250.00 |
| Holiday | | | | | 324.00 |
| Pto | | | | | 1,282.50 |
| **Gross Pay** | | | **$986.58** | | 21,618.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -49.96 | | 1,178.23 |
| | Medicare Tax | -11.68 | | 275.55 |
| | Federal Income Tax | | | 139.62 |
| | UT State Income Tax | | | 263.17 |
| | **Other** | | | |
| | Dental Pretax | -39.45* | | 507.72 |
| | Garnishment | -119.84 | | 977.56 |
| | Health Sav Prem | -126.00* | | 1,890.00 |
| | Hsa Contributio | -10.00* | | 150.00 |
| | Vision Pretax | -5.29* | | 66.50 |
| | **Net Pay** | | **$624.36** | |
| | Checking Acct | -624.36 | | |
| | **Net Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $805.84

© 2000 ADP, LLC

CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS , TX 77381

Advice number:        00000400610
Pay date:             10/07/2015

Deposited to the account of
JENNIFER V. DOUGLAS

| account number | transit ABA | | amount |
|---|---|---|---|
| xxxxxxxxxxxxx6964 | xxxx  xxxx | | $624.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000420623 | 1 |

# Earnings   Statement

**ADP**

CARDON  HEALTHCARE  NETWORK  LLC
4185  TECHNOLOGY  FOREST  BLVD  STE  200
THE  WOODLANDS,  TX 77381

| Period  Beginning: | 10/01/2015 |
|---|---|
| Period  Ending: | 10/15/2015 |
| Pay  Date: | 10/22/2015 |

Taxable  Marital  Status:   Married
Exemptions/Allowances:
   Federal:          5
   UT:                5

**JENNIFER  V.  DOUGLAS**
**3612  EVENING  LIGHT  COVE**
**MAGNA  UT  84044**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 85.93 | 1,160.06 | 20,885.92 |
| Overtime | 20.2500 | .10 | 2.03 | 37.67 |
| Bonus - Pts | | | | 250.00 |
| Holiday | | | | 324.00 |
| Pto | | | | 1,282.50 |
| **Gross Pay** | | | **$1,162.09** | 22,780.09 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social  Security  Tax | -60.85 | 1,239.08 |
| | Medicare  Tax | -14.23 | 289.78 |
| | UT State  Income  Tax | -10.46 | 273.63 |
| | Federal  Income  Tax | | 139.62 |
| | **Other** | | |
| | Dental  Pretax | -39.45* | 547.17 |
| | Garnishment | -142.58 | 1,120.14 |
| | Health  Sav  Prem | -126.00* | 2,016.00 |
| | Hsa  Contributio | -10.00* | 160.00 |
| | Vision  Pretax | -5.29* | 71.79 |
| | **Net Pay** | **$753.23** | |
| | Checking  Acct | -753.23 | |
| | **Net Check** | **$0.00** | |

**\*  Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $981.35

© 2000  A.D.P., LLC

CARDON  HEALTHCARE  NETWORK  LLC
4185  TECHNOLOGY  FOREST  BLVD  STE  200
THE  WOODLANDS ,  TX 77381

| Advice  number: | 00000420623 |
|---|---|
| Pay  date: | 10/22/2015 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **JENNIFER   V.  DOUGLAS** | xxxxxxxxxxxxx6964 | xxxx  xxxx | $753.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000470655 | 1 |

# Earnings   Statement

**ADP**

CARDON  HEALTHCARE  NETWORK  LLC
4185 TECHNOLOGY  FOREST  BLVD STE 200
THE  WOODLANDS,  TX 77381

Period  Beginning:       11/01/2015
Period  Ending:          11/15/2015
Pay  Date:               11/20/2015

Taxable  Marital Status:   Married
Exemptions/Allowances:
   Federal:          5
   UT:               5

JENNIFER  V.  DOUGLAS
3612  EVENING  LIGHT  COVE
MAGNA  UT  84044

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.5000 | 80.00 | 1,080.00 | 23,313.90 |
| Overtime | 20.2500 | 25.67 | 519.82 | 567.62 |
| Bonus - Pts | | | | 250.00 |
| Holiday | | | | 324.00 |
| Pto | | | | 1,282.50 |
| **Gross Pay** | | | **$1,599.82** | 25,738.02 |

| Deductions | Statutory | | this period | year to date |
|------------|-----------|--|-------------|--------------|
| | Federal Income Tax | | -22.75 | 162.37 |
| | Social Security Tax | | -87.98 | 1,400.06 |
| | Medicare Tax | | -20.57 | 327.43 |
| | UT State Income Tax | | -38.03 | 334.46 |
| | **Other** | | | |
| | Dental Pretax | | -39.45* | 626.07 |
| | Garnishment | | -195.67 | 1,483.69 |
| | Health Sav Prem | | -126.00* | 2,268.00 |
| | Hsa Contributio | | -10.00* | 180.00 |
| | Vision Pretax | | -5.29* | 82.37 |
| | **Net Pay** | | **$1,054.08** | |
| | Checking Acct | | -1,054.08 | |
| | **Net Check** | | **$0.00** | |

\* **Excluded  from  federal  taxable  wages**
  Your  federal  taxable  wages  this  period  are
  $1,419.08

© 2000  A.D.P.,  LLC

CARDON  HEALTHCARE  NETWORK  LLC
4185 TECHNOLOGY  FOREST  BLVD STE 200
THE  WOODLANDS ,  TX 77381

**Advice  number:**        **00000470655**
Pay  date:                 11/20/2015

Deposited  to  the  account  of
**JENNIFER  V.  DOUGLAS**

account  number      transit  ABA                  amount
xxxxxxxxxxxxx6964    xxxx  xxxx                  $1,054.08



CHASE
Broadway
Sacramento, CA  95818

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000450637 | 1 |

## Earnings  Statement

ADP®

CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS, TX 77381

| | |
|---|---|
| Period Beginning: | 10/16/2015 |
| Period Ending: | 10/31/2015 |
| Pay Date: | 11/06/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
　Federal:　　5
　UT:　　　　5

JENNIFER V. DOUGLAS
3612 EVENING LIGHT COVE
MAGNA UT 84044

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.5000 | 99.85 | 1,347.98 | 22,233.90 |
| Overtime | 20.2500 | .50 | 10.13 | 47.80 |
| Bonus - Pts | | | | 250.00 |
| Holiday | | | | 324.00 |
| Pto | | | | 1,282.50 |
| **Gross Pay** | | | **$1,358.11** | 24,138.20 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -73.00 | 1,312.08 |
| | Medicare Tax | -17.08 | 306.86 |
| | UT State Income Tax | -22.80 | 296.43 |
| | Federal Income Tax | | 139.62 |
| | **Other** | | |
| | Dental Pretax | -39.45* | 586.62 |
| | Garnishment | -167.88 | 1,288.02 |
| | Health Sav Prem | -126.00* | 2,142.00 |
| | Hsa Contributio | -10.00* | 170.00 |
| | Vision Pretax | -5.29* | 77.08 |
| | **Net Pay** | **$896.61** | |
| | Checking Acct | -896.61 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
　Your federal taxable wages this period are
　$1,177.37

© 2000 ADP, LLC

CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS , TX 77381

| Advice number: | 00000450637 |
|---|---|
| Pay date: | 11/06/2015 |



Deposited to the account of
JENNIFER V. DOUGLAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx6964 | xxxx  xxxx | $896.61 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000470655 | 1 |

## Earnings   Statement

**ADP**

CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS, TX 77381

| | |
|---|---|
| Period Beginning: | 11/01/2015 |
| Period Ending: | 11/15/2015 |
| Pay Date: | 11/20/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   5
   UT:   5

**JENNIFER V. DOUGLAS**
**3612 EVENING LIGHT COVE**
**MAGNA UT 84044**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.5000 | 80.00 | 1,080.00 | 23,313.90 |
| Overtime | 20.2500 | 25.67 | 519.82 | 567.62 |
| Bonus - Pts | | | | 250.00 |
| Holiday | | | | 324.00 |
| Pto | | | | 1,282.50 |
| **Gross Pay** | | | **$1,599.82** | 25,738.02 |

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Federal Income Tax | | -22.75 | 162.37 |
| | Social Security Tax | | -87.98 | 1,400.06 |
| | Medicare Tax | | -20.57 | 327.43 |
| | UT State Income Tax | | -38.03 | 334.46 |
| | **Other** | | | |
| | Dental Pretax | | -39.45* | 626.07 |
| | Garnishment | | -195.67 | 1,483.69 |
| | Health Sav Prem | | -126.00* | 2,268.00 |
| | Hsa Contributio | | -10.00* | 180.00 |
| | Vision Pretax | | -5.29* | 82.37 |
| | **Net Pay** | | **$1,054.08** | |
| | Checking Acct | | -1,054.08 | |
| | **Net Check** | | **$0.00** | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are
   $1,419.08

© 2000 ADP, LLC

CARDON HEALTHCARE NETWORK LLC
4185 TECHNOLOGY FOREST BLVD STE 200
THE WOODLANDS , TX 77381

| Advice number: | 00000470655 |
|----------------|-------------|
| Pay date: | 11/20/2015 |

Deposited to the account of
**JENNIFER V. DOUGLAS**



| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxxxxxxxxx6964 | xxxx  xxxx | $1,054.08 |

CHASE
Broadway
Sacramento, CA 95818

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000490676 | 1 |

## Earnings Statement



CARDON  HEALTHCARE  NETWORK  LLC
4185 TECHNOLOGY  FOREST  BLVD STE 200
THE  WOODLANDS,  TX 77381

| Period  Beginning: | 11/16/2015 |
|---|---|
| Period  Ending: | 11/30/2015 |
| Pay  Date: | 12/07/2015 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:     5
   UT:         5

JENNIFER  V.  DOUGLAS
3612  EVENING LIGHT  COVE
MAGNA  UT  84044

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 85.23 | 1,150.61 | 24,464.51 |
| Overtime | 20.2500 | 10.67 | 216.07 | 783.69 |
| Holiday | 13.5000 | 8.00 | 108.00 | 432.00 |
| Bonus - Pts | | | | 250.00 |
| Pto | | | | 1,282.50 |
| **Gross Pay** | | | **$1,474.68** | 27,212.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -10.24 | 172.61 |
| | Social  Security  Tax | -80.22 | 1,480.28 |
| | Medicare  Tax | -18.77 | 346.20 |
| | UT  State  Income  Tax | -30.15 | 364.61 |
| | **Other** | | |
| | Dental  Pretax | -39.45* | 665.52 |
| | Garnishment | -181.39 | 1,665.08 |
| | Health  Sav  Prem | -126.00* | 2,394.00 |
| | Hsa  Contributio | -10.00* | 190.00 |
| | Vision  Pretax | -5.29* | 87.66 |
| | **Net Pay** | **$973.17** | |
| | Checking  Acct | -973.17 | |
| | **Net Check** | **$0.00** | |

\* **Excluded  from  federal  taxable  wages**
  Your  federal  taxable  wages  this  period  are
  $1,293.94

© 2000 ADP, LLC

CARDON  HEALTHCARE  NETWORK  LLC
4185 TECHNOLOGY  FOREST  BLVD STE 200
THE  WOODLANDS ,  TX 77381

| Advice  number: | 00000490676 |
|---|---|
| Pay  date: | 12/07/2015 |



Deposited  to the account  of
JENNIFER  V.  DOUGLAS

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxxxxxxx6964 | xxxx  xxxx | $973.17 |

CHASE
Broadway
Sacramento, CA  95818

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|-----|------|-------|-------|-----------|-----|
| PL9 | 913116 | 102020 | | 0000510673 | 1 |

## Earnings  Statement

ADP®

CARDON  HEALTHCARE  NETWORK  LLC
4185 TECHNOLOGY  FOREST  BLVD STE 200
THE  WOODLANDS,  TX 77381

Period  Beginning:      12/01/2015
Period  Ending:          12/15/2015
Pay  Date:                  12/22/2015

Taxable  Marital  Status:     Married
Exemptions/Allowances:
   Federal:     5
   UT:            5

JENNIFER  V.  DOUGLAS
3612  EVENING  LIGHT  COVE
MAGNA  UT  84044

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.5000 | 86.48 | 1,167.48 | 25,631.99 |
| Overtime | 20.2500 | .35 | 7.09 | 790.78 |
| Bonus - Pts | | | | 250.00 |
| Holiday | | | | 432.00 |
| Pto | | | | 1,282.50 |
| **Gross Pay** | | | **$1,174.57** | 28,387.27 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social  Security  Tax | -68.15 | 1,548.43 |
| | Medicare  Tax | -15.93 | 362.13 |
| | UT State  Income  Tax | -17.87 | 382.48 |
| | Federal  Income  Tax | | 172.61 |
| | **Other** | | |
| | Dental  Pretax | -13.57* | 679.09 |
| | Garnishment | -153.39 | 1,818.47 |
| | Garnishment | -114.76 | 114.76 |
| | Health  Sav  Prem | -50.00* | 2,444.00 |
| | Hsa  Contributio | -10.00* | 200.00 |
| | Vision  Pretax | -1.89* | 89.55 |
| | **Net Pay** | **$729.01** | |
| | Checking  Acct | -729.01 | |
| | **Net Check** | **$0.00** | |

* **Excluded  from  federal  taxable  wages**
  Your  federal  taxable  wages  this  period  are
  $1,099.11

© 2000  ADP, LLC

CARDON  HEALTHCARE  NETWORK  LLC
4185 TECHNOLOGY  FOREST  BLVD STE 200
THE  WOODLANDS ,  TX 77381

Advice  number:          00000510673
Pay  date:                    12/22/2015

Deposited  to  the  account  of
JENNIFER  V.  DOUGLAS

| | account  number | transit  ABA | amount |
|--|-----------------|--------------|--------|
| | xxxxxxxxxxxxx6964 | xxxx  xxxx | $729.01 |



THIS IS NOT A CHECK

CHASE ◯
Broadway
Sacramento, CA  95818

**NON-NEGOTIABLE**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com